# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-19275 SPS |
| BURNAT, AGNIESZKA M | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on          . The undersigned trustee was appointed on                 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                       $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was             . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____$.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $\_\_\_\_$ as interim compensation and now requests a sum of $\_\_\_\_$, for a total compensation of $\_\_\_\_\_$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_$, and now requests reimbursement for expenses of $\_\_$, for total expenses of $\_\_$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                                                   Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 07-19275 SPS Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BURNAT, AGNIESZKA M | Date Filed (f) or Converted (c): | 10/18/07 (f) |
| | | 341(a) Meeting Date: | 11/27/07 |
| For Period Ending: | 08/10/09 | Claims Bar Date: | 06/18/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 30 E. HURON UNIT #1207 CHICAGO IL (FORMER RESIDENC Property abandoned pursuant to settlement with title company of adversary proceeding to avoid mortgage | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH LOCATION: IN DEBTOR'S POSSESSION | 100.00 | 0.00 | | 0.00 | FA |
| 3. MISC USED HOUSEHOLD GOODS, FURNITURE & FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. MISC USED PERSONAL ITEMS, BOOKS AND PHOTOS LOCATIO | 30.00 | 0.00 | | 0.00 | FA |
| 5. MISC USED PERSONAL CLOTHING LOCATION: IN DEBTOR'S | 600.00 | 0.00 | | 0.00 | FA |
| 6. 2000 MITSUBISHI ECLIPSE (OWNED JOINT W/FATHER LOCA | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 31.21 | Unknown |
| 8. Preferences and Avoidable transfers (u) Adversary proceeding filed to avoid first and second mortgages pursuant to section 544. Settled with title insurance company, abandoned real estate, received payment for claim | 0.00 | 175,000.00 | | 175,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $405,230.00 | $175,000.00 | | $175,031.21 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Determined perfection of (2) mortgages against Debtor's condominium were avoidable; Vacated order lifting stay and filed adversary proceeding to avoid same; simultaneously, Trustee marketed the condominum for sale;Trustee settled adversary proceeding such that the Estate recovered gross proceeds of $175,000 and the claims of mortgagors were withdrawn or amended to unsecured. Trustee is addressing tax matters and thereafter, will prepare and file his TFR.

Initial Projected Date of Final Report (TFR): 09/01/09    Current Projected Date of Final Report (TFR): 09/01/09

LFORM1

UST Form 101-7-TFR (4/1/2009) (Page: 3)

Ver: 14.31c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 07-19275   SPS   Judge: Susan Pierson Sonderby | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | BURNAT, AGNIESZKA M | Date Filed (f) or Converted (c): 10/18/07 (f) |
| | | 341(a) Meeting Date: 11/27/07 |
| | | Claims Bar Date: 06/18/08 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-19275 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BURNAT, AGNIESZKA M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6053 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5538 | | |
| For Period Ending: | 08/10/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/08 | 8 | First American Title Insurance Company 2776 Diehl Road Warrenville IL 60555 | Settlement Proceeds Proceeds of settlement on adversary to avoid mortgages on 30 E. Huron | 1241-000 | 175,000.00 | | 175,000.00 |
| 12/04/08 | | Transfer to Acct #*******6079 | Bank Funds Transfer Transfer funds to brokerage commission. ecbDecember 04, 2008, 09:38 am | 9999-000 | | 5,000.00 | 170,000.00 |
| 12/12/08 | | Transfer to Acct #*******6079 | Bank Funds Transfer Transfer funds to pay attys' interim expense reimbursement . ecbDecember 12, 2008, 10:43 am | 9999-000 | | 30.00 | 169,970.00 |
| 12/12/08 | | Transfer to Acct #*******6079 | Bank Funds Transfer Transfer funds to pay attys interim comp. ecbDecember 12, 2008, 10:42 am | 9999-000 | | 42,610.00 | 127,360.00 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 6.21 | | 127,366.21 |
| 01/06/09 | | Transfer to Acct #*******6079 | Bank Funds Transfer Transfer funds to pay secured and administratrive claims of condo assn. ecb | 9999-000 | | 11,939.73 | 115,426.48 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.99 | | 115,428.47 |
| 02/17/09 | | Transfer to Acct #*******6079 | Bank Funds Transfer | 9999-000 | | 104.01 | 115,324.46 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.77 | | 115,326.23 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.96 | | 115,328.19 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.74 | | 115,332.93 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.89 | | 115,337.82 |
| 06/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.75 | | 115,342.57 |
| 07/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.90 | | 115,347.47 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-19275 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BURNAT, AGNIESZKA M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6053  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5538 | | |
| For Period Ending: | 08/10/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account *******6053 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
|  | 1 | Deposits | 175,000.00 | 0 | Checks | 0.00 |
|  | 8 | Interest Postings | 31.21 | 0 | Adjustments Out | 0.00 |
|  |  |  |  | 5 | Transfers Out | 59,683.74 |
|  |  | Subtotal | $ 175,031.21 | | | |
|  |  |  |  |  | Total | $ 59,683.74 |
|  | 0 | Adjustments In | 0.00 | | | |
|  | 0 | Transfers In | 0.00 | | | |
|  |  | Total | $ 175,031.21 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-19275 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BURNAT, AGNIESZKA M | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6079 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5538 | | | |
| For Period Ending: | 08/10/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/08 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to brokerage commission.<br>ecbDecember 04, 2008, 09:38 am | 9999-000 | 5,000.00 | | 5,000.00 |
| 12/04/08 | 001001 | Century 21 M.B. Real Estate<br>4179 Dundee Road<br>Northbrook IL 60062 | Allowed Administrative Expense<br>Per Ct order dtd November 12, 2008 | 3510-000 | | 5,000.00 | 0.00 |
| 12/12/08 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to pay attys' interim expense<br>reimbursement .   ecbDecember 12, 2008, 10:43 am | 9999-000 | 30.00 | | 30.00 |
| 12/12/08 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to pay attys interim comp.<br>ecbDecember 12, 2008, 10:42 am | 9999-000 | 42,610.00 | | 42,640.00 |
| 12/12/08 | 001002 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Trustee Attorney Fees | 3110-000 | | 42,610.00 | 30.00 |
| 12/12/08 | 001003 | JOSEPH A BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, Il 60603 | Trustee Attorney Expenses | 3120-000 | | 30.00 | 0.00 |
| 01/06/09 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to pay secured and administratrive<br>claims of condo assn.  ecb | 9999-000 | 11,939.73 | | 11,939.73 |
| 01/06/09 | 001004 | 30 E. Huron Condominium Association<br>30 East Huron<br>Chicago IL 60611 | Allowed Administrative Claim<br>Per Ct Order dtd December 30, 2008 | 2990-000 | | 11,167.27 | 772.46 |
| 01/06/09 | 001005 | 30 E. Huron Condominium Association<br>30 East Huron<br>Chicago IL 60611 | Allowed Secured Claim<br>Per Ct Order dtd Decembe 30, 2008 | 4120-000 | | 772.46 | 0.00 |
| 02/17/09 | | Transfer from Acct #*******6053 | Bank Funds Transfer | 9999-000 | 104.01 | | 104.01 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 07-19275 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BURNAT, AGNIESZKA M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6079 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5538 | | |
| For Period Ending: | 08/10/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/17/09 | 001006 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans, LA 70139 | 2009 Bond Premium Payment Bond No. 016026455 | 2300-000 | | 104.01 | 0.00 |

```
                  Account *******6079        Balance Forward           0.00
                                         0     Deposits                0.00       6    Checks          59,683.74
                                         0     Interest Postings       0.00       0    Adjustments Out      0.00
                                                                                  0    Transfers Out        0.00
                                               Subtotal           $    0.00
                                                                                       Total       $ 59,683.74
                                         0     Adjustments In          0.00
                                         5     Transfers In       59,683.74

                                               Total              $ 59,683.74


                  Report Totals              Balance Forward           0.00
                                         1     Deposits           175,000.00       6    Checks          59,683.74
                                         8     Interest Postings       31.21       0    Adjustments Out      0.00
                                                                                   5    Transfers Out   59,683.74
                                               Subtotal           $ 175,031.21
                                                                                        Total       $ 119,367.48
                                         0     Adjustments In          0.00
                                         5     Transfers In       59,683.74

                                               Total              $ 234,714.95    Net Total Balance   $ 115,347.47
```

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-19275 | | Page 1 | | Date: August 10, 2009 |
| Debtor Name: | BURNAT, AGNIESZKA M | | Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001 3120-00 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Administrative<br>Trustee Accountant Fees | $30.00 | $30.00 | $0.00 |
| 001 3510-00 | Roseanne Alper<br>Century 21 M.B. Real Estate<br>4179 Dundee Rd<br>Northbrook, IL 60062 | Administrative | $5,000.00 | $5,000.00 | $0.00 |
| 001 3110-00 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Administrative | $45,210.00 | $42,610.00 | $2,600.00 |
| 001 2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | $12,001.56 | $0.00 | $12,001.56 |
| 001 3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | $1,290.00 | $0.00 | $1,290.00 |
| 4-1 001 2990-00 | 30 East Huron Condominium Association<br>c/o Michael C. Kim & Associates<br>19 S. LaSalle Street, Ste 303<br>Chicago, IL 60603 | Administrative<br>(4-1) Condominium Assessments - Administrative Claim | $11,167.27 | $11,167.27 | $0.00 |
| | Subtotal for Priority 001 | | $74,698.83 | $58,807.27 | $15,891.56 |
| 000008 050 4110-00 | Countrywide Home Loans<br>Attn Bankrupt-Foreclose Dpt<br>PO Box 650070<br>Dallas, TX 75265-0070 | Secured<br>claim withdrawn 11/12/08 | $0.00 | $0.00 | $0.00 |
| 4-2 050 4120-00 | 30 E. Huron Condominium Association<br>30 East Huron<br>Chicago IL 60611 | Secured | $772.46 | $772.46 | $0.00 |
| | Subtotal for Priority 050 | | $772.46 | $772.46 | $0.00 |
| 000001 070 7100-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | $11,699.57 | $0.00 | $11,699.57 |
| 000002 070 7100-00 | Advanta Bank Corp<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured<br>(2-1) Credit Card Debt | $6,632.96 | $0.00 | $6,632.96 |
| 000003 070 7100-00 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001 | Unsecured<br>(3-1) Credit Card Debt | $13,274.93 | $0.00 | $13,274.93 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-19275 | | Page 2 | | | Date: August 10, 2009 |
| Debtor Name: | BURNAT, AGNIESZKA M | | Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Malvern PA 19355-0701 | | | | | |
| 000005 070 7100-00 | Homecomings Financial, LLC. 1100 Virgina Drive Fort Washington, PA 19034 Mail Code 190-FTW-C20 | Unsecured | (5-1) mortgage with arrearages $6,788.41 Allowed as unsecured claim 11/12/08 | $95,666.64 | $0.00 | $95,666.64 |
| 000006 070 7100-00 | FIA CARD SERV/BofA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | | $11,888.77 | $0.00 | $11,888.77 |
| 000007 070 7100-00 | FIA CARD SERV/BofA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | | $29,057.07 | $0.00 | $29,057.07 |
| | Subtotal for Priority 070 | | | $168,219.94 | $0.00 | $168,219.94 |
| | Case Totals: | | | $243,691.23 | $59,579.73 | $184,111.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-19275 SPS
Case Name: BURNAT, AGNIESZKA M
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: JOSEPH A. BALDI & ASSOCIATES, P.C. | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Discover Bank/DFS Services LLC* | $ | $ |
| *000002* | *Advanta Bank Corp* | $ | $ |

UST Form 101-7-TFR (4/1/2009) *(Page: 12)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *American Express Bank FSB* | $ | $ |
| *000005* | *Homecomings Financial, LLC.* | $ | $ |
| *000006* | *FIA CARD SERV/BofA* | $ | $ |
| *000007* | *FIA CARD SERV/BofA* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $        .

UST Form 101-7-TFR (4/1/2009) *(Page: 13)*