# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 07-19275 SPS
BURNAT, AGNIESZKA M §
§
      Debtors §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 175,031.21 |
| *and approved disbursements of* | $ | 59,683.74 |
| *leaving a balance of* | $ | 115,347.47 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 12,001.56 | $ 0.00 |
| Attorney for trustee: JOSEPH A. BALDI & ASSOCIATES, P.C. | $ 2,600.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd | $ 1,290.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |

|  *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Charges:*_____ | $_____ | $_____ |
| *Fees:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 168,219.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Discover Bank/DFS Services LLC* | $ 11,699.57 | $ 6,917.08 |
| *000002* | *Advanta Bank Corp* | $ 6,632.96 | $ 3,921.57 |
| *000003* | *American Express Bank FSB* | $ 13,274.93 | $ 7,848.48 |
| *000005* | *Homecomings Financial, LLC.* | $ 95,666.64 | $ 56,560.55 |
| *000006* | *FIA CARD SERV/BofA* | $ 11,888.77 | $ 7,028.95 |
| *000007* | *FIA CARD SERV/BofA* | $ 29,057.07 | $ 17,179.28 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  10:30 AM  on  09/29/2009  in Courtroom  642 ,

        United States Courthouse
        219 S. Dearborn St.
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/26/2009        By: /s/Joseph A. Baldi, Trustee
                                     Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500, 19 South LaSalle Street, Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mhenley                Page 1 of 1                   Date Rcvd: Aug 27, 2009
Case: 07-19275                 Form ID: pdf006              Total Noticed: 28


The following entities were noticed by first class mail on Aug 29, 2009.
db         +Agnieszka M Burnat,    1000 N. LaSalle Drive,    Apt. #811,    Chicago, IL 60610-2680
aty         +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Richard S Bass,    Law Office of Richard S Bass,    2021 Midwest Road,    Oak Brook, IL 60523-1342
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
11687646    +30 E. Huron Condo Association,     Attn: Bankruptcy-Legal Dpt,    30 E. Huron St,
              Chicago, IL 60611-2766
12315009    +30 East Huron Condominium Association,     c/o Michael C. Kim & Associates,
              19 S. LaSalle Street, Ste 303,    Chicago, IL 60603-1245
12177757     Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11687647     American Express,    Attn: Bankruptcy Dept,    PO BOX 7863,    Fort Lauderdale, FL 33329-7863
11727881     American Express Bank FSB,    P O Box 3001,    Malvern, PA 19355-0701
12246224     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11687648     Bank of America,    Attn: Bankruptcy Dept,    PO BOX 15027,    Wilmington, DE 19850-5027
11687649     Best Buy Co., Inc.,    Retail Services,    PO BOX 15521,    Wilmington, DE 19850-5521
11687650    +Chase,    Attn: Bankruptcy Dept,    PO BOX 182223 Dept OH1-1272,    Columbus, OH 43218-2223
11687651     Chase,    Attn: Bankruptcy Dept,    PO BOX 15298,    Wilmington, DE 19850-5298
11687652     Countrywide Home Loans,    Attn Bankrupt-Foreclose Dpt,    PO Box 650070,    Dallas, TX 75265-0070
11687653    +Countrywide Home Loans,    Attn Bankrupt-Foreclose Dpt,    4500 Park Granada,
              Calabasas, CA 91302-1613
11687657     HSBC Bank Nevada N.A.,    Attn: Bankruptcy Dept,    PO BOX 5244,    Carol Stream, IL 60197-5244
11687656     Homecomings Financial,    Attn Bankruptcy Dept,    PO Box 205,    Waterloo, IA 50704-0205
11687655     Homecomings Financial,    Attn Bankruptcy Dept,    PO Box 9001719,    Louisville, KY 40290-1719
12332510    +Homecomings Financial, LLC.,    1100 Virgina Drive,    Fort Washington, PA 19034-3204,
              Mail Code 190-FTW-C20
11687659     LDG Financial Services LLC,    Attn: HSBC Bank Nevada,    PO BOX 18063,
              Hauppauge, NY 11788-8863
11687658    +Law Office of Michael Kim Assc,    Acct: 30 E. Huron Condo Assc,    19 S. LaSalle St #303,
              Chicago, IL 60603-1245
11687660    +Michael C. Kim & Associates,    RE: 30 E. Huron Condo Assoc,    19 South LaSalle Street, 303,
              Chicago, IL 60603-1245
11687661     WFNNB/Victoria's Sercret,    PO BOX 659728,    San Antonio, TX 78265-9728
The following entities were noticed by electronic transmission on Aug 28, 2009.
11687654     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2009 02:03:17      Discover Card,
              RE: Platinum Card,    PO BOX 30943,    Salt Lake City, UT 84130-0395
12077674     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2009 02:03:17
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12334953    +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
              FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
12315609*   +30 East Huron Condominium Association,    c/o Michael C. Kim & Associates,
              19 S LaSalle Street, Ste 303,    Chicago, IL 60603-1245
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2009**             **Signature:** *Joseph Speetjens*