**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| BURNAT, AGNIESZKA M | § | Case No. 07-19275 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 400,000.00 | Assets Exempt: 5,130.00 |
| Total Distributions to Claimants: 100,237.69 | Claims Discharged Without Payment: 76,808.67 |
| Total Expenses of Administration: 74,802.84 | |

3) Total gross receipts of $ 175,040.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 175,040.53 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 450,339.00 | $ 373,376.08 | $ 772.46 | $ 772.46 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 75,202.84 | 74,802.84 | 74,802.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,560.96 | 168,219.94 | 168,219.94 | 99,465.23 |
| **TOTAL DISBURSEMENTS** | $ 490,899.96 | $ 616,798.86 | $ 243,795.24 | $ 175,040.53 |

4) This case was originally filed under chapter 7 on 10/18/2007 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/23/2009 By:/s/Joseph A. Baldi, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferences and Avoidable transfers | 1241-000 | 175,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 40.53 |
| **TOTAL GROSS RECEIPTS** | | $ 175,040.53 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 30 E. Huron Condo Association<br>Attn: Bankruptcy-Legal Dpt<br>30 E. Huron St<br>Chicago IL 60611 | | 2,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Loans<br>Attn Bankrupt-Foreclose Dpt<br>4500 Park Granada<br>Calabasas CA 91302 | | 0.00 | NA | NA | 0.00 |
| Countrywide Home Loans<br>Attn Bankrupt-Foreclose Dpt<br>PO Box 650070<br>Dallas TX 75265-0070 | | 355,998.00 | NA | NA | 0.00 |
| Homecomings Financial<br>Attn Bankruptcy Dept<br>PO Box 9001719<br>Louisville KY 40290-1719 | | 0.00 | NA | NA | 0.00 |
| Homecomings Financial<br>Attn Bankruptcy Dept<br>PO Box 205<br>Waterloo IA 50704-0205 | | 92,341.00 | NA | NA | 0.00 |
| Law Office of Michael Kim Assc<br>Acct: 30 E. Huron Condo Assc<br>19 S. LaSalle St #303<br>Chicago IL 60603 | | 0.00 | NA | NA | 0.00 |
| COUNTRYWIDE HOME LOANS | 4110-000 | NA | 372,603.62 | 0.00 | 0.00 |
| 30 E HURON | 4120-000 | NA | 772.46 | 772.46 | 772.46 |
| **TOTAL SECURED CLAIMS** | | $ 450,339.00 | $ 373,376.08 | $ 772.46 | $ 772.46 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 12,001.56 | 12,001.56 | 12,001.56 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 104.01 | 104.01 | 104.01 |
| 30 EAST HURON CONDOMINIUM ASSOCIATI | 2990-000 | NA | 11,167.27 | 11,167.27 | 11,167.27 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | 3110-000 | NA | 45,610.00 | 45,210.00 | 45,210.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | 3120-000 | NA | 30.00 | 30.00 | 30.00 |
| POPOWCER KATTEN, LTD | 3410-000 | NA | 1,290.00 | 1,290.00 | 1,290.00 |
| ROSEANNE ALPER | 3510-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 75,202.84 | $ 74,802.84 | $ 74,802.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Best Buy Co., Inc.<br>Retail Services<br>PO BOX 15521<br>Wilmington DE 19850-5521 | | 2,090.00 | NA | NA | 0.00 |
| Chase<br>Attn: Bankruptcy Dept<br>PO BOX 15298<br>Wilmington DE 19850-5298 | | 2,300.00 | NA | NA | 0.00 |
| Chase<br>Attn: Bankruptcy Dept<br>PO BOX 182223 Dept OH1-1272<br>Columbus OH 43218 | | 679.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC Bank Nevada N.A.<br>Attn: Bankruptcy Dept<br>PO BOX 5244<br>Carol Stream IL 60197-5244 | | 2,044.96 | NA | NA | 0.00 |
| LDG Financial Services LLC<br>Attn: HSBC Bank Nevada<br>PO BOX 18063<br>Hauppauge NY 11788-8863 | | 0.00 | NA | NA | 0.00 |
| Michael C. Kim & Associates<br>RE: 30 E. Huron Condo Assoc<br>19 South LaSalle Street, #303<br>Chicago IL 60603 | | 0.00 | NA | NA | 0.00 |
| WFNNB/Victoria's Sercret<br>PO BOX 659728<br>San Antonio TX 78265-9728 | | 940.00 | NA | NA | 0.00 |
| ADVANTA BANK CORP | 7100-000 | NA | 6,632.96 | 6,632.96 | 3,921.94 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | 2,500.00 | 13,274.93 | 13,274.93 | 7,849.21 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | 5,000.00 | 11,699.57 | 11,699.57 | 6,917.73 |
| FIA CARD SERV/BOFA | 7100-000 | 18,007.00 | 29,057.07 | 29,057.07 | 17,180.89 |
| FIA CARD SERV/BOFA | 7100-000 | 7,000.00 | 11,888.77 | 11,888.77 | 7,029.61 |
| HOMECOMINGS FINANCIAL, LLC. | 7100-000 | NA | 95,666.64 | 95,666.64 | 56,565.85 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ 40,560.96 | $ 168,219.94 | $ 168,219.94 | $ 99,465.23 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 07-19275 SPS Judge: Susan Pierson Sonderby
Case Name: BURNAT, AGNIESZKA M
For Period Ending: 11/23/09

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 10/18/07 (f)
341(a) Meeting Date: 11/27/07
Claims Bar Date: 06/18/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 30 E. HURON UNIT #1207 CHICAGO IL (FORMER RESIDENC | 400,000.00 | 0.00 | OA | 0.00 | FA |
| Property abandoned pursuant to settlement with title company of adversary proceeding to avoid mortgage | | | | | |
| 2. CASH LOCATION: IN DEBTOR'S POSSESSION | 100.00 | 0.00 | | 0.00 | FA |
| 3. MISC USED HOUSEHOLD GOODS, FURNITURE & FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. MISC USED PERSONAL ITEMS, BOOKS AND PHOTOS LOCATIO | 30.00 | 0.00 | | 0.00 | FA |
| 5. MISC USED PERSONAL CLOTHING LOCATION: IN DEBTOR'S | 600.00 | 0.00 | | 0.00 | FA |
| 6. 2000 MITSUBISHI ECLIPSE (OWNED JOINT W/FATHER LOCA | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 40.53 | FA |
| 8. Preferences and Avoidable transfers (u) | 0.00 | 175,000.00 | | 175,000.00 | FA |
| Adversary proceeding filed to avoid first and second mortgages pursuant to section 544. Settled with title insurance company, abandoned real estate, received payment for claim | | | | | |
| TOTALS (Excluding Unknown Values) | $405,230.00 | $175,000.00 | | $175,040.53 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Determined perfection of (2) mortgages against Debtor's condominium were avoidable; Vacated order lifting stay and filed adversary proceeding to avoid same; simultaneously, Trustee marketed the condominum for sale;Trustee settled adversary proceeding such that the Estate recovered gross proceeds of $175,000 and the claims of mortgagors were withdrawn or amended to unsecured. Trustee is addressing tax matters. Final report filed. Final hearing held 9/29/09. Final Distribution made.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 07-19275 SPS Judge: Susan Pierson Sonderby
Case Name: BURNAT, AGNIESZKA M

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 10/18/07 (f)
341(a) Meeting Date: 11/27/07
Claims Bar Date: 06/18/08

Initial Projected Date of Final Report (TFR): 09/01/09 Current Projected Date of Final Report (TFR): 09/01/09

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-19275 -SPS
Case Name: BURNAT, AGNIESZKA M
Taxpayer ID No: *******5538
For Period Ending: 11/23/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6053 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/08 | 8 | First American Title Insurance Company<br>2776 Diehl Road<br>Warrenville IL 60555 | Settlement Proceeds<br>Proceeds of settlement on adversary to avoid mortgages on 30 E. Huron | 1241-000 | 175,000.00 | | 175,000.00 |
| 12/04/08 | | Transfer to Acct #*******6079 | Bank Funds Transfer<br>Transfer funds to brokerage commission.<br>ecbDecember 04, 2008, 09:38 am | 9999-000 | | 5,000.00 | 170,000.00 |
| 12/12/08 | | Transfer to Acct #*******6079 | Bank Funds Transfer<br>Transfer funds to pay attys' interim expense reimbursement . ecbDecember 12, 2008, 10:43 am | 9999-000 | | 30.00 | 169,970.00 |
| 12/12/08 | | Transfer to Acct #*******6079 | Bank Funds Transfer<br>Transfer funds to pay attys interim comp.<br>ecbDecember 12, 2008, 10:42 am | 9999-000 | | 42,610.00 | 127,360.00 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 6.21 | | 127,366.21 |
| 01/06/09 | | Transfer to Acct #*******6079 | Bank Funds Transfer<br>Transfer funds to pay secured and administratrive claims of condo assn. ecb | 9999-000 | | 11,939.73 | 115,426.48 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.99 | | 115,428.47 |
| 02/17/09 | | Transfer to Acct #*******6079 | Bank Funds Transfer | 9999-000 | | 104.01 | 115,324.46 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.77 | | 115,326.23 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.96 | | 115,328.19 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.74 | | 115,332.93 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.89 | | 115,337.82 |
| 06/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.75 | | 115,342.57 |
| 07/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.90 | | 115,347.47 |
| 08/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.90 | | 115,352.37 |
| 09/29/09 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.42 | | 115,356.79 |
| 09/29/09 | | Transfer to Acct #*******6079 | Final Posting Transfer<br>Transfer funds to pay final distribution.<br>ecbSeptember 29, 2009, 04:26 pm | 9999-000 | | 115,356.79 | 0.00 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-19275 -SPS
Case Name: BURNAT, AGNIESZKA M

Taxpayer ID No: *******5538
For Period Ending: 11/23/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6053 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******6053 | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 175,000.00 | 0 | Checks | | 0.00 |
| 10 | Interest Postings | 40.53 | 0 | Adjustments Out | | 0.00 |
| | | | 6 | Transfers Out | | 175,040.53 |
| | Subtotal | $ 175,040.53 | | | | |
| | | | | Total | $ | 175,040.53 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 175,040.53 | | | | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-19275 -SPS
Case Name: BURNAT, AGNIESZKA M
Taxpayer ID No: *******5538
For Period Ending: 11/23/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6079 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/08 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to brokerage commission.<br>ecbDecember 04, 2008, 09:38 am | 9999-000 | 5,000.00 | | 5,000.00 |
| 12/04/08 | 001001 | Century 21 M.B. Real Estate<br>4179 Dundee Road<br>Northbrook IL 60062 | Allowed Administrative Expense<br>Per Ct order dtd November 12, 2008 | 3510-000 | | 5,000.00 | 0.00 |
| 12/12/08 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to pay attys' interim expense reimbursement . ecbDecember 12, 2008, 10:43 am | 9999-000 | 30.00 | | 30.00 |
| 12/12/08 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to pay attys interim comp.<br>ecbDecember 12, 2008, 10:42 am | 9999-000 | 42,610.00 | | 42,640.00 |
| 12/12/08 | 001002 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Trustee Attorney Fees | 3110-000 | | 42,610.00 | 30.00 |
| 12/12/08 | 001003 | JOSEPH A BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, Il 60603 | Trustee Attorney Expenses | 3120-000 | | 30.00 | 0.00 |
| 01/06/09 | | Transfer from Acct #*******6053 | Bank Funds Transfer<br>Transfer funds to pay secured and administratrive claims of condo assn. ecb | 9999-000 | 11,939.73 | | 11,939.73 |
| 01/06/09 | 001004 | 30 E. Huron Condominium Association<br>30 East Huron<br>Chicago IL 60611 | Allowed Administrative Claim<br>Per Ct Order dtd December 30, 2008 | 2990-000 | | 11,167.27 | 772.46 |
| 01/06/09 | 001005 | 30 E. Huron Condominium Association<br>30 East Huron<br>Chicago IL 60611 | Allowed Secured Claim<br>Per Ct Order dtd Decembe 30, 2008 | 4120-000 | | 772.46 | 0.00 |
| 02/17/09 | | Transfer from Acct #*******6053 | Bank Funds Transfer | 9999-000 | 104.01 | | 104.01 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-19275 -SPS
Case Name: BURNAT, AGNIESZKA M

Taxpayer ID No: *******5538
For Period Ending: 11/23/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6079 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/17/09 | 001006 | International Sureties, Ltd.<br>701 Poydras Street #420<br>New Orleans, LA 70139 | 2009 Bond Premium Payment<br>Bond No. 016026455 | 2300-000 | | 104.01 | 0.00 |
| 09/29/09 | | Transfer from Acct #*******6053 | Transfer In From MMA Account<br>Transfer funds to pay final distribution.<br>ecbSeptember 29, 2009, 04:26 pm | 9999-000 | 115,356.79 | | 115,356.79 |
| 09/30/09 | 001007 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 12,001.56 | 103,355.23 |
| 09/30/09 | 001008 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,600.00 | 100,755.23 |
| 09/30/09 | 001009 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 1,290.00 | 99,465.23 |
| 09/30/09 | 001010 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 59.13% | 7100-000 | | 6,917.73 | 92,547.50 |
| 09/30/09 | 001011 | Advanta Bank Corp<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000002, Payment 59.13% | 7100-000 | | 3,921.94 | 88,625.56 |
| 09/30/09 | 001012 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 59.13% | 7100-000 | | 7,849.21 | 80,776.35 |
| 09/30/09 | 001013 | Homecomings Financial, LLC.<br>1100 Virgina Drive | Claim 000005, Payment 59.13% | 7100-000 | | 56,565.85 | 24,210.50 |

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-19275 -SPS
Case Name: BURNAT, AGNIESZKA M

Taxpayer ID No: *******5538
For Period Ending: 11/23/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6079 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Fort Washington, PA 19034<br>Mail Code 190-FTW-C20 | | | | | |
| 09/30/09 | 001014 | FIA CARD SERV/BofA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim 000006, Payment 59.13% | 7100-000 | | 7,029.61 | 17,180.89 |
| 09/30/09 | 001015 | FIA CARD SERV/BofA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim 000007, Payment 59.13% | 7100-000 | | 17,180.89 | 0.00 |

Account *******6079

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | | 
| 0 | Deposits | 0.00 | 15 Checks | 175,040.53 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | Total | $ 175,040.53 |
| 0 | Adjustments In | 0.00 | | |
| 6 | Transfers In | 175,040.53 | | |
| | Total | $ 175,040.53 | | |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-19275 -SPS
Case Name: BURNAT, AGNIESZKA M

Taxpayer ID No: *******5538
For Period Ending: 11/23/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6079 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 175,000.00 | 15 | Checks | | 175,040.53 |
| 10 | Interest Postings | 40.53 | 0 | Adjustments Out | | 0.00 |
| | | | 6 | Transfers Out | | 175,040.53 |
| | Subtotal | $ 175,040.53 | | | | |
| | | | | Total | $ | 350,081.06 |
| 0 | Adjustments In | 0.00 | | | | |
| 6 | Transfers In | 175,040.53 | | | | |
| | Total | $ 350,081.06 | | Net Total Balance | $ | 0.00 |